UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MNATSAKAN MIKE GRIGORYAN ) | 1:07-CV-00084 OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER VACATING FINDINGS AND |
| ) | RECOMMENDATION REGARDING |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS PURSUANT TO 28 U.S.C. § 2241 |
| ) | |
| WARDEN B. G. COMPTON, ) | |
| ) | |
| Respondent. ) | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 2, 2007, the court entered findings and recommendations in this case, recommending that the petition be granted. Also on May 2, 2007, Respondent filed objections to the findings and recommendations, correctly pointing out that this case should properly be in the Central District. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations entered May 2, 2007, are VACATED. A separate order regarding transfer will follow.

IT IS SO ORDERED.

**Dated:   May 3, 2007**                                /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE